**Marquis Aurbach Coffing**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
  Attorneys for Defendants LVMPD, Ofc. Fryman, Ofc. Emerton, Ofc. Ferguson and Ofc. Locher

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JEANNE LLERA and JORGE L. GOMEZ, as the appointed co-special administrators of the estate of JORGE A. GOMEZ; JEANNE LLERA and JORGE L. GOMEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; RYAN FRYMAN; DAN EMERTON; VERNON FERGUSON; ANDREW LOCHER and DOS 1-10, inclusive,<br><br>Defendants. | Case Number:<br>2:20-cv-01589-RFB-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY (FIRST REQUEST)** |

Pursuant to LR 6-1 and LR 26-4, Plaintiffs, by and through their counsel of record, Eric Valenzuela, Esq., of Law Offices of Dale K. Galipo, and Defendants, by and through their attorney of record, Craig R. Anderson, Esq., of Marquis Aurbach, hereby stipulate and request that this Court extend discovery deadlines in the above-captioned matter ninety (90) days, up to and including October 28, 2021. In support of this stipulation and request, the parties state as follows:

**I.     PROCEDURAL HISTORY**

1.    On August 29, 2020, the Plaintiffs filed their Complaint. ECF No. 1.

2.    On October 1, 2020, the LVMPD Defendants filed their Answer to Plaintiffs' Complaint. ECF No. 11.

MAC:14687-283 4247153_1 1/8/2021 10:43 AM

3. On November 20, 2020, this Court entered the Discovery Plan and Scheduling Order. ECF No. 14.

4. At the end of December 2020, LVMPD completed its internal investigation into the subject incident and released its internal documents to defense counsel.

## II. DISCOVERY COMPLETED TO DATE

1. The parties participated in the FRCP 26 conference on November 13, 2020.

2. The parties agreed to stipulate to extend the time to serve Rule 26 disclosures until after LVMPD had completed its internal criminal investigation into the subject event and released its internal documents to defense counsel.

3. On November 20, 2020, the Court entered the Discovery Plan and Scheduling Order. ECF No. 14.

4. On January 5, 2021, the Plaintiffs served their Initial Disclosures of Witnesses and Documents pursuant to FRCP 26.

5. On January 5, 2021, the LVMPD Defendants served their Initial Disclosures of Witnesses and Documents pursuant to FRCP 26.

6. On January 5, 2021, the LVMPD Defendants served written discovery on all named Plaintiffs.

7. On January 6, 2021, the Plaintiffs served requests for production of documents on Defendant LVMPD.

8. In late December 2020 and early January 2021, the parties began attempting to set necessary depositions.

## III. WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED

This case involves the June 1, 2020, fatal officer involved shooting of Jorge A. Gomez, Jr. The Plaintiffs filed their Complaint less-than two months after the subject incident. At the time of the Plaintiffs' filing, the LVMPD Defendants had not yet completed their internal review. Generally, all LVMPD officer involved shooting investigations undergo a two-step process. First, the shooting is investigated by LVMPD's Force Investigation Team ("FIT"). The FIT team determines whether probable cause exists as to

MAC:14687-283 4247153_1 1/8/2021 10:43 AM

whether the involved officers committed any criminal acts and submit its findings to the Clark County District Attorney. The District Attorney then determines whether any criminal charges should be brought against any of the involved officers. The FIT investigations often take several months to complete. In this case, the FIT investigation did not conclude until late-December 2020. Due to the fact that any criminal proceedings would take precedent over any civil proceedings, LVMPD's defense counsel did not receive the case file until it was determined that criminal charges would not be brought. Defense counsel and plaintiffs' counsel communicated regularly about the status and LVMPD provided the documents within days of their receipt. On January 5, 2021, the LVMPD Defendants disclosed over 3,989 pages of documents. Now that these tangible items have been produced by the LVMPD Defendants, the parties can begin reviewing the same and conducting meaningful discovery.

Additionally, hours of body worn camera recordings, video surveillance recordings, and audio recordings will need to be produced to Plaintiffs' counsel when defense counsel receives from Defendant LVMPD.

Because the documents relevant to this litigation were just obtained by both counsel, and because additional relevant documents such as hours of body worn camera recordings, video surveillance recordings, and audio recordings have not yet been produced, it will be extremely difficult, if not impossible, to meet the current January 29, 2021 expert deadline and the March 30, 2021 discovery deadline.

## IV.   REMAINING DISCOVERY

1. The Plaintiffs need to take the depositions of the defendant officers.
2. The LVMPD Defendants need to take the depositions of the Plaintiffs.
3. Both parties intend to take the depositions of several percipient witnesses.
4. Both parties need to respond to the other parties' written discovery.
5. Both parties need to disclose their expert witness reports.
6. After the disclosure of expert witness reports, both parties intend to take the depositions of the expert witnesses.

MAC:14687-283 4247153_1 1/8/2021 10:43 AM

## V. EXTENSION OR MODIFICATION OF THE DISCOVERY PLAN AND SCHEDULING ORDER

LR 26-4 governs modifications of extensions of the Discovery Plan and Scheduling Order. Any stipulation or motion must be made no later than twenty-one (21) days before the expiration of the subject deadline, and comply fully with LR 26-4. The parties are submitting this request twenty-one (21) days before the expert deadline disclosure. Therefore, the parties respectfully request that the modification of a scheduling order be granted. The following is a list of the current discovery deadlines and the parties' proposed extended deadlines.

| Scheduled Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Expert Disclosures Pursuant to FRCP 26(a)(2) | January 29, 2021 | April 29, 2021 |
| Rebuttal Expert Disclosures Pursuant to FRCP 26(a)(2) | February 28, 2021 | May 28, 2021 |
| Dispositive Motion | April 29, 2021 | July 29, 2021 |
| Discovery Cut-Off | March 30, 2021 | June 30, 2021 |
| Joint Pre-Trial Order | May 29, 2021 | August 28, 2021 (if dispositive motions are filed the deadline for filing the joint pre-trial order will be suspended until 30 days after a decision on the dispositive motions or further court order) |

This request for extensions of time is not sought for any improper purpose or for purposes of delay. Because the Complaint was filed so close to the date of the event, LVMPD had not completed its internal investigation and the parties were not privy to the documents necessary to properly discover this case. All documents have now been received and disclosed except for the hours of body worn camera recordings, video surveillance recordings, and audio recordings. Despite not having the necessary documents, the parties have still worked diligently at beginning discovery by serving written discovery, retaining experts, and working towards setting deposition dates. Therefore, the parties respectfully

MAC:14687-283 4247153_1 1/8/2021 10:43 AM

1 submit that the reasons set forth above constitute compelling reasons for the discovery
2 extension.
3     WHEREFORE, the parties respectfully request that this court extend the discovery
4 dates as outlined in accordance with the table above.
5     IT IS SO STIPULATED this 8th day of January, 2021.

| MARQUIS AURBACH COFFING | LAW OFFICES OF DALE K. GALIPO |
|---|---|
| By: *s/Craig R. Anderson*<br>Craig R. Anderson, Esq.<br>Nevada Bar No. 6882<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>Attorney for LVMPD Defendants | By: *s/Eric Valenzuela*<br>Eric Valenzuela, Esq.<br>CA Bar No. 284500 (Pro Hac Vice)<br>21800 Burbank Boulevard, Suite 310<br>Woodland Hills, California 91367<br>Attorneys for Plaintiffs |

### ORDER

**IT IS SO ORDERED**

**DATED:** 3:55 pm, January 11, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

MAC:14687-283 4247153_1 1/8/2021 10:43 AM