LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Pro Hac Vice Ca. Bar No. 144074)
dalekgalipo@yahoo.com
Eric Valenzuela (Pro Hac Vice Bar No. 284500)
evalenzuela@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California  91367
Tel: (818) 347-3333 | Fax: (818) 347-4118

GONZALEZ & FLORES LAW FIRM
Rodolfo Gonzalez, Esq. (NV Bar No. 12751)
Rodolfogonzalezlaw@gmail.com
Edgar Flores, Esq. (NV Bar No. 13130)
Edgarfloreslaw@gmail.com
879 N. Eastern Ave.
Las Vegas, NV 89101
Tel: 702-778-3030 | Fax: 702-920-8657

CLAGGETT & SYKES LAW FIRM
Sean Claggett, Esq. (NV Bar No. 008407)
Sean@claggettlaw.com
Steve Lewis, Esq. (NVBar No. 7064)
Steve@claggettlaw.com
4101 Meadows Lane, Suite 100
Las Vegas, NV 89107
Tel: 702-655-2346 | Fax: 702-655-3763
*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA (LAS VEGAS)**

| | |
|---|---|
| JEANNE LLERA and JORGE L. GOMEZ, as the appointed co-special administrators of the estate of JORGE A. GOMEZ; JEANNE LLERA; and JORGE L. GOMEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; RYAN FRYMAN; DAN EMERTON; VERNON FERGUSON; ANDREW LOCHER; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.    2:20-cv-01589-RFB-BNW<br><br>[Honorable Brenda Weksler]<br><br>**STIPULATION AND ORDER REQUESTING INFORMAL DISCOVERY CONFERENCE** |

1

The parties, by and through their counsel of record, hereby stipulate and request that the Court conduct an informal discovery conference to resolve a discovery dispute that has recently arisen.  The parties request this informal discovery conference to seek the Court's guidance on the issue in attempts to resolve this discovery dispute without the need to bring a motion to compel.

The discovery dispute involves the production of the LVMPD's Critical Incident Review Team ("CIRT") Administrative Report, including its findings and conclusions.  The CIRT report is currently being withheld by the Defendants on the grounds that it is protected by the Deliberative Process Privilege.  Plaintiffs assert that the CIRT report is not privileged and directly relevant to establishing Plaintiffs' claims, especially their *Monell* claims based on an unconstitutional custom and practice and for ratification (Plaintiffs' 5th and 7th claim in the First Amended Complaint [Doc. # 21]).

WHEREFORE, the parties respectfully request that this Court conduct an informal discovery conference on   April 2, 2021, at 11:00 AM   in attempts to resolve the parties' discovery dispute.

To access the conference, the parties will dial 877-810- 9415 and enter access code "2365998" when prompted.  Further, by March 29, 2021, the parties will submit a single 5-page document containing a brief overview of the parties' discovery dispute.  The document should be  authored by both counsel.  If the parties cannot come to an agreement regarding what to include in the 5-page document, they may each file their own 5-page document.

IT IS SO STIPULATED this 16th day of March, 2021.

| MARQUIS AURBACH COFFING | LAW OFFICES OF DALE K. GALIPO |
|---|---|
| By: __*s/ Craig R. Anderson*__<br>Craig R. Anderson, Esq.<br>Nevada Bar No. 6882<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>Attorneys for Defendants | By: __*s/ Eric Valenzuela*__<br>Eric Valenzuela, Esq.<br>CA Bar No. 284500 (Pro Hac Vice)<br>21800 Burbank Blvd., Suite 310<br>Woodland Hills, CA 91367<br>Attorneys for Plaintiffs |

IT IS SO ORDERED this  22nd  day of March, 2021.

_____
Hon. Brenda Weksler
United States Magistrate Judge

3