**Marquis Aurbach Coffing**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
Attorneys for Defendants LVMPD, Ofc. Fryman, Ofc. Emerton, Ofc. Ferguson and Ofc.
Locher

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JEANNE LLERA and JORGE L. GOMEZ, as the appointed co-special administrators of the estate of JORGE A. GOMEZ; JEANNE LLERA and JORGE L. GOMEZ, | Case Number: 2:20-cv-01589-RFB-BNW |
| Plaintiffs, | **STIPULATION AND ORDER TO EXTEND DISCOVERY** |
| vs. | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT; RYAN FRYMAN; DAN EMERTON; VERNON FERGUSON; ANDREW LOCHER; JOHN SQUEO and DOES 2-10, inclusive, | **(SECOND REQUEST)** |
| Defendants. | |

Pursuant to LR 6-1 and LR 26-4, Plaintiffs, by and through their counsel of record, Eric Valenzuela, Esq., of Law Offices of Dale K. Galipo; Defendants LVMPD, Ofc. Fryman, Ofc. Emerton, Ofc. Ferguson and Ofc. Locher ("LVMPD Defendants"), by and through their counsel of record, Craig R. Anderson, Esq., of Marquis Aurbach; and Defendant Officer John Squeo ("Defendant Squeo"), by and through his counsel of record, Daniel R. McNutt, Esq. of McNutt Law Firm, P.C., hereby stipulate and request that this Court extend discovery deadlines in the above-captioned matter ninety (90) days, up to and including September 30, 2021.  In support of this stipulation and request, the parties state as follows:

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:14687-283 4319095_1 3/31/2021 8:58 AM

I.   **PROCEDURAL HISTORY**

1.   On August 29, 2020, the Plaintiffs filed their Complaint.  ECF No. 1.

2.   On October 1, 2020, the LVMPD Defendants filed their Answer to Plaintiffs' Complaint.  ECF No. 11.

3.   On November 20, 2020, this Court entered the Discovery Plan and Scheduling Order.  ECF No. 14.

4.   At the end of December 2020, LVMPD completed its internal investigation into the subject incident and released its internal documents to defense counsel.

5.   On February 17, 2021, Plaintiffs filed their First Amended Complaint in this matter.  ECF No. 21.  The First Amended Complaint named a new defendant – John Squeo.

6.   On March 3, 2021, Defendants LVMPD, Fryman, Emerton, Ferguson and Locher filed their Answer to Plaintiffs' First Amended Complaint.  ECF No. 25.

7.   On March 17, 2021, new Defendant John Squeo filed his Answer to Plaintiffs' First Amended Complaint.  ECF No. 29.  Defendant Squeo is represented by new counsel and this Answer marked his first appearance in this litigation.

II.   **DISCOVERY COMPLETED TO DATE**

1.   The original parties participated in the FRCP 26 conference on November 13, 2020.  Defendant Squeo did not participate as he was not named a defendant.

2.   The parties agreed to stipulate to extend the time to serve Rule 26 disclosures until after LVMPD had completed its internal criminal investigation into the subject event and released its internal documents to defense counsel.

3.   On November 20, 2020, the Court entered the Discovery Plan and Scheduling Order.  ECF No. 14.

4.   On January 5, 2021, the Plaintiffs served their Initial Disclosures of Witnesses and Documents pursuant to FRCP 26.

5.   On January 5, 2021, the LVMPD Defendants served their Initial Disclosures of Witnesses and Documents pursuant to FRCP 26.

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:14687-283 4319095_1 3/31/2021 8:58 AM

6.      On January 5, 2021, the LVMPD Defendants served written discovery on all named Plaintiffs.

7.      On January 6, 2021, the Plaintiffs served requests for production of documents on Defendant LVMPD.

8.      On March 5, 2021, Plaintiffs served their responses to the LVMPD Defendants' discovery requests.

9.      On March 15, 2021, LVMPD served their individual responses to Plaintiffs' written discovery.

10.     On March 15, 2021 LVMPD supplemented their initial disclosure statement with numerous new exhibits and tangible items.

11.     On March 17, 2021, John Squeo served a demand for all prior discovery exchanged.

12.     On March 29, 2021, Plaintiffs served requests for production of documents on Defendant Squeo.

13.     The parties had scheduled several depositions (including party depositions) for the month of March 2021.  However, the inclusion of Defendant Squeo into the action required these depositions be rescheduled so that Defendant Squeo's attorneys could get up to speed.

14.     The parties have scheduled several party and witness depositions for the month of April 2021.

15.     All parties have retained expert witnesses in this matter.

16.     All parties have served numerous subpoenas on various third parties.

## III.     WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED

This case involves the June 1, 2020, fatal officer involved shooting of Jorge A. Gomez, Jr.  The Plaintiffs filed their Complaint less-than two months after the subject incident.  At the time of the Plaintiffs' filing, the LVMPD Defendants had not yet completed their internal review.  As explained in the parties' first request to extend discovery, discovery was initially stalled due to the fact LVMPD was completing its internal

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

1  investigations and, due to the investigation, the case file was not ready for disclosure.  Once

2  all internal investigations were completed, the original parties immediately began fact

3  discovery in this matter.  The fact discovery led the Plaintiffs to move to amend their

4  complaint to name Defendant Squeo.  The LVMPD Defendants stipulated to the filing of the

5  Amended Complaint.  After the filing of the Amended Complaint, the parties learned the

6  identity of Defendant Squeo's counsel and immediately provided all prior discovery.  As a

7  result, the parties have been able to schedule depositions for the month of April 2021.

8       The main reason for the discovery extension is necessary is allow each parties'

9  experts to have necessary depositions and other discovery available..  The current expert

10  deadline is April 29, 2021.  It will likely take sixty-days to complete all party and fact

11  depositions.  Therefore, the extension is necessary so that the parties' initial expert

12  disclosure will be complete.  Further, the extension will give Defendant Squeo a fair chance

13  to prepare his defenses in this case.

14  **IV.**   **REMAINING DISCOVERY**

15      1.   The Plaintiffs need to take the depositions of the defendant officers.

16      2.   The LVMPD Defendants need to take the depositions of the Plaintiffs.

17      3.   Both parties intend to take the depositions of several percipient witnesses.

18      4.   Both parties need to respond to the other parties' written discovery.

19      5.   Both parties need to disclose their expert witness reports.

20      6.   After the disclosure of expert witness reports, both parties intend to take the

21  depositions of the expert witnesses.

22  **V.**   **EXTENSION OR MODIFICATION OF THE DISCOVERY PLAN AND**
23  **SCHEDULING ORDER**

24      LR 26-4 governs modifications of extensions of the Discovery Plan and Scheduling

25  Order.  Any stipulation or motion must be made no later than twenty-one (21) days before

26  the expiration of the subject deadline, and comply fully with LR 26-4.  The parties are

27  submitting this request twenty-one (21) days before the expert deadline disclosure.

28  Therefore, the parties respectfully request that the modification of a scheduling order be

**MARQUIS AURBACH COFFING**
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:14687-283 4319095_1 3/31/2021 8:58 AM

granted.  The following is a list of the current discovery deadlines and the parties' proposed

extended deadlines.

| Scheduled Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Expert Disclosures Pursuant to FRCP 26(a)(2) | April 29, 2021 | July 29, 2021 |
| Rebuttal Expert Disclosures Pursuant to FRCP 26(a)(2) | May 28, 2021 | August 30, 2021 |
| Dispositive Motion | July 29, 2021 | October 29, 2021 |
| Discovery Cut-Off | June 30, 2021 | September 30, 2021 |
| Joint Pre-Trial Order | August 30, 2021 | November 30, 2021 (if dispositive motions are filed the deadline for filing the joint pre-trial order will be suspended until 30 days after a decision on the dispositive motions or further court order) |

This request for extensions of time is not sought for any improper purpose or for

purposes of delay.  Because the Complaint was filed so close to the date of the event,

LVMPD had not completed its internal investigation and the parties were not privy to the

documents necessary to properly discover this case.  All documents have now been received

and disclosed except for the hours of body worn camera recordings, video surveillance

recordings, and audio recordings.  Despite not having the necessary documents, the parties

have still worked diligently at beginning discovery by serving written discovery, retaining

experts, and working towards setting deposition dates.  Therefore, the parties respectfully

submit that the reasons set forth above constitute compelling reasons for the discovery

extension.

/ / /

/ / /

/ / /

MAC:14687-283 4319095_1 3/31/2021 8:58 AM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

1   WHEREFORE, the parties respectfully request that this court extend the discovery

2 dates as outlined in accordance with the table above.

3   IT IS SO STIPULATED this 31st day of March, 2021.

4 MARQUIS AURBACH COFFING          LAW OFFICES OF DALE K. GALIPO

5

6 By: ___*s/Craig R. Anderson*_____     By: ___*s/Eric Valenzuela*_____
   Craig R. Anderson, Esq.                    Eric Valenzuela, Esq.
7 Nevada Bar No. 6882                         CA Bar No. 284500 (Pro Hac Vice)
   10001 Park Run Drive                       21800 Burbank Boulevard, Suite 310
8 Las Vegas, Nevada 89145                     Woodland Hills, California 91367
   Attorney for LVMPD Defendants              Attorneys for Plaintiffs

9

10 MCNUTT LAW FIRM

11 By: ___*s/Daniel R. McNutt*_____
   Daniel R. McNutt, Esq.
12 Nevada Bar No. 7815
   625 South Eighth Street
13 Las Vegas, Nevada 89101
   Attorney for Defendant Squeo

14

15                              **ORDER**

16                         **IT IS SO ORDERED**

17                 **DATED:** 2:11 pm, April 02, 2021

18

19

20 **BRENDA WEKSLER**
   **UNITED STATES MAGISTRATE JUDGE**

21

22

23

24

25

26

27

28

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:14687-283 4319095_1 3/31/2021 8:58 AM