MCNUTT LAW FIRM, P.C.
Daniel R. McNutt, Esq., Bar No. 7815
Matthew C. Wolf, Esq., Bar No. 10801
625 South Eighth Street
Las Vegas, Nevada 89101
Tel.: (702) 384-1170 / Fax.: (702) 384-5529
drm@mcnuttlawfirm.com
mcw@mcnuttlawfirm.com
*Counsel for Defendant John Squeo*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JEANNE LLERA, and JORGE L. GOMEZ, as the appointed co-special administrators of the estate of JORGE A. GOMEZ; JEANNE LLERA; and JORGE L. GOMEZ,<br><br>Plaintiffs,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; RYAN FRYMAN; DAN EMERTON; VERNON FERGUSON; ANDREW LOCHER; JOHN SQUEO; and DOES 2-10, inclusive,<br><br>Defendants. | Case No.: 2-20-cv-01589-RFB-BNW<br><br>**STIPULATION AND ORDER TO CONTINUE DISCOVERY CONFERENCE**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their counsel of record, that the Discovery Conference currently set for April 6, 2021 at 10:00 a.m. be continued due to Defendant John Squeo's counsel having another hearing scheduled at the same time with the Honorable Judge Boulware.

///

///

1

1   The parties respectively request that the Discovery Hearing be rescheduled to either April
2   7, 8, or 9 at the Court's convenience.
3   IT IS SO STIPULATED.

DATED this March 29, 2021.                           DATED this March 29, 2021.

MCNUTT LAW FIRM. P.C.                                LAW OFFICES OF DALE K. GALIPO


*/s/ Daniel McNutt*                                  */s/ Eric Valenzuela*
Daniel R. McNutt, Esq.                               Dale Galipo, Esq.
Matthew C. Wolf, Esq.                                Eric Valenzuela, Esq.
625 S. 8th Street                                    21800 Burbank Boulevard, Suite 310
Las Vegas, Nevada 89101                              Woodland Hills, California 91367
drm@mcnuttlawfirm.com                                dalekgalipo@yahoo.com
mcw@mcnuttlawfirm.com                                evalenzuela@yahoo.com
*Counsel for Defendant Squeo*                        *Counsel for Plaintiff*

DATED this March 29, 2021.

MARQUIS AURBACH COFFING


*/s/ Craig Anderson*
Craig R. Anderson, Esq.
10001 Park Run Drive
Las Vegas, Nevada 89145
canderson@maclaw.com
*Counsel for LVMPD Defendants*

### ORDER

On the basis of good cause IT IS ORDERED that the parties' stipulation is GRANTED. The 4/6/2021 informal discovery conference is VACATED and CONTINUED to 4/7/2021 at 2:30 PM.  To access the conference, the parties will dial 877-810- 9415 and enter access code"2365998" when prompted.

**IT IS SO ORDERED**

**DATED:** 2:47 pm, April 02, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

2