MCNUTT LAW FIRM, P.C.
Daniel R. McNutt, Esq., Bar No. 7815
Matthew C. Wolf, Esq., Bar No. 10801
625 South Eighth Street
Las Vegas, Nevada 89101
Tel.: (702) 384-1170 / Fax.: (702) 384-5529
drm@mcnuttlawfirm.com
mcw@mcnuttlawfirm.com
*Counsel for Defendant John Squeo*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JEANNE LLERA, and JORGE L. GOMEZ, as the appointed co-special administrators of the estate of JORGE A. GOMEZ; JEANNE LLERA; and JORGE L. GOMEZ, <br><br> Plaintiffs, <br><br> v. <br><br> LAS VEGAS METROPOLITAN POLICE DEPARTMENT; RYAN FRYMAN; DAN EMERTON; VERNON FERGUSON; ANDREW LOCHER; JOHN SQUEO; and DOES 2-10, inclusive, <br><br> Defendants. | Case No.: 2-20-cv-01589-RFB-BNW <br><br> **STIPULATION AND ORDER TO EXTEND DISCOVERY** <br><br> **(Fourth Request)** |

The parties hereby stipulate as follows to extend the dispositive motion deadline by 45 days and all other pretrial deadlines by 15 days.

### I.   CURRENT DEADLINES.

The following are the current deadlines:

| CURRENT DEADLINE | EVENT |
|---|---|
| 09/29/2021[1] | Deadline for Rebuttal Expert Disclosures |
| 10/29/2021[2] | Discovery Deadline |
| 10/29/2021[3] | Deadline for Dispositive Motions |

---

[1] Dkt. 45 contains this deadline.
[2] Dkt. 45 contains this deadline.
[3] Dkt. 35 contains this deadline.

| CURRENT DEADLINE | EVENT |
|---|---|
| 11/30/2021[4] | Deadline for the Joint Pretrial Order (the filing of a dispositive motion will suspend the joint pre-trial order deadline until 30 days after a decision on the motion or until otherwise ordered by the court) |

## II. DISCOVERY CONDUCTED TO DATE.

To date, Plaintiffs have deposed the Defendant-Officers, and Defendants have deposed Plaintiffs. Defendant Officer John Squeo deposed seven nonparty officers in April 2021 and deposed a nonparty tow truck driver in July 2021. Plaintiffs are scheduled to depose the coroner on October 14, 2021. The parties have disclosed initial expert witnesses, served and responded to written discovery, and subpoenaed documents from nonparties.

## III. DESCRIPTION OF THE REMAINING DISCOVERY.

The parties wish to disclose rebuttal experts, serve additional written discovery and subpoenas duces tecum, and depose additional nonparty witnesses and experts.

## IV. REASONS FOR EXTENDING THE DEADLINES.

LR 26–3 states the following, in relevant part:

> A motion or stipulation to extend any date set by the discovery plan, scheduling order, or other order must, in addition to satisfying the requirements of LR IA 6-1, be supported by a showing of good cause for the extension. A motion or stipulation to extend a deadline set forth in a discovery plan must be received by the court no later than 21 days before the expiration of the subject deadline. A request made within 21 days of the subject deadline must be supported by a showing of good cause. A request made after the expiration of the subject deadline will not be granted unless the movant also demonstrates that the failure to act was the result of excusable neglect.

Defendants wish to extend all deadlines by 15 days because they cannot meet the current rebuttal expert disclosure deadline. The parties exchanged initial expert disclosures on August 31, 2021. One of Defendants' potential rebuttal experts informed Defendants on September 9, 2021, that he cannot meet the current rebuttal disclosure deadline. Defendants immediately asked Plaintiffs that

---

[4] Dkt. 35 contains this deadline.

same day to extend the pretrial deadlines, and Plaintiffs graciously agreed to a 15-day extension.

Currently, the dispositive motion deadline is the same day as the deadline for the close of discovery.  The parties wish to extend the dispositive motion deadline so that dispositive motions will be due 30 days after the close of discovery.

### IV.     PROPOSED EXTENDED DEADLINES.

The parties propose extending the deadlines as follows:

| PROPOSED EXTENDED DEADLINE | CURRENT DEADLINE | EVENT |
|---|---|---|
| 10/14/2021 | 09/29/2021 | Deadline for Rebuttal Expert Disclosures |
| 11/15/2021 | 10/29/2021 | Discovery Deadline |
| 12/15/2021 | 10/29/2021 | Deadline for Dispositive Motions |
| 01/18/2022 | 11/30/2021 | Deadline for the Joint Pretrial Order (the filing of a dispositive motion will suspend the joint pre-trial order deadline until 30 days after a decision on the motion or until otherwise ordered by the court) |

///

///

**Order**

**IT IS SO ORDERED**

**DATED:** 1:11 pm, September 14, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

1  IT IS SO STIPULATED.

2

3  DATED this September 13, 2021.                    DATED this September 13, 2021.

4  MCNUTT LAW FIRM. P.C.                             LAW OFFICES OF DALE K. GALIPO

5  */s/ Matt Wolf*                                   */s/ Eric Valenzuela*
   Daniel R. McNutt, Esq.                            Dale Galipo, Esq.
6  Matthew C. Wolf, Esq.                             Eric Valenzuela, Esq.
   625 S. 8th Street                                 21800 Burbank Boulevard, Suite 310
7  Las Vegas, Nevada 89101                           Woodland Hills, California 91367
   drm@mcnuttlawfirm.com                             dalekgalipo@yahoo.com
8  mcw@mcnuttlawfirm.com                             evalenzuela@yahoo.com
   *Counsel for Defendant Squeo*                     *Counsel for Plaintiff*
9
   DATED this September 13, 2021.
10
   MARQUIS AURBACH COFFING
11

12  */s/ Craig Anderson*
    Craig R. Anderson, Esq.
13  10001 Park Run Drive
    Las Vegas, Nevada 89145
14  canderson@maclaw.com
    *Counsel for LVMPD Defendants*