**Marquis Aurbach Coffing**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
  Attorneys for Defendants LVMPD, Ofc. Fryman, Ofc. Emerton, Ofc. Ferguson and Ofc. Locher

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JEANNE LLERA and JORGE L. GOMEZ, as the appointed co-special administrators of the estate of JORGE A. GOMEZ; JEANNE LLERA and JORGE L. GOMEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; RYAN FRYMAN; DAN EMERTON; VERNON FERGUSON; ANDREW LOCHER; JOHN SQUEO and DOES 2-10, inclusive,<br><br>Defendants. | Case Number:<br>2:20-cv-01589-RFB-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY**<br><br>**(SIXTH REQUEST)** |

Pursuant to LR 6-1 and LR 26-4, Plaintiffs, by and through their counsel of record, Eric Valenzuela, Esq., of Law Offices of Dale K. Galipo; Defendants LVMPD, Ofc. Fryman, Ofc. Emerton, Ofc. Ferguson and Ofc. Locher ("LVMPD Defendants"), by and through their counsel of record, Craig R. Anderson, Esq., of Marquis Aurbach; and Defendant Officer John Squeo ("Defendant Squeo"), by and through his counsel of record, Daniel R. McNutt, Esq. of McNutt Law Firm, P.C., hereby stipulate and request that this Court extend discovery deadlines in the above-captioned matter sixty (60) days, up to and including April 15, 2022. In support of this stipulation and request, the parties state as follows:

**I.    PROCEDURAL HISTORY**

1.   On August 29, 2020, the Plaintiffs filed their Complaint. ECF No. 1.

MAC:14687-283 4569333_1 12/20/2021 8:08 AM

2. On October 1, 2020, the LVMPD Defendants filed their Answer to Plaintiffs' Complaint. ECF No. 11.

3. On November 20, 2020, this Court entered the Discovery Plan and Scheduling Order. ECF No. 14.

4. On February 17, 2021, Plaintiffs filed their First Amended Complaint in this matter. ECF No. 21. The First Amended Complaint named a new defendant – John Squeo.

5. On March 3, 2021, Defendants LVMPD, Fryman, Emerton, Ferguson and Locher filed their Answer to Plaintiffs' First Amended Complaint. ECF No. 25.

6. On March 17, 2021, new Defendant John Squeo filed his Answer to Plaintiffs' First Amended Complaint. ECF No. 29. Defendant Squeo is represented by new counsel and this Answer marked his first appearance in this litigation.

## II.   DISCOVERY COMPLETED TO DATE

1. The original parties participated in the FRCP 26 conference on November 13, 2020. Defendant Squeo did not participate as he was not named a defendant.

2. The parties agreed to stipulate to extend the time to serve Rule 26 disclosures until after LVMPD had completed its internal criminal investigation into the subject event and released its internal documents to defense counsel.

3. On November 20, 2020, the Court entered the Discovery Plan and Scheduling Order. ECF No. 14.

4. On January 5, 2021, the Plaintiffs served their Initial Disclosures of Witnesses and Documents pursuant to FRCP 26.

5. On January 5, 2021, the LVMPD Defendants served their Initial Disclosures of Witnesses and Documents pursuant to FRCP 26.

6. On January 5, 2021, the LVMPD Defendants served written discovery on all named Plaintiffs.

7. On January 6, 2021, the Plaintiffs served requests for production of documents on Defendant LVMPD.

MAC:14687-283 4569333_1 12/20/2021 8:08 AM

8. On February 1, 2021, the LVMPD Defendants served their first supplemental disclosure.

9. On March 5, 2021, Plaintiffs served their responses to the LVMPD Defendants' discovery requests.

10. On March 15, 2021, LVMPD served their individual responses to Plaintiffs' written discovery.

11. On March 15, 2021 LVMPD served their second supplemental disclosure.

12. On March 17, 2021, John Squeo served a demand for all prior discovery exchanged.

13. On March 29, 2021, Plaintiffs served requests for production of documents on Defendant Squeo.

14. On March 30, 2021, Defendant Squeo provided his initial disclosures.

15. In April 2021, plaintiffs took the depositions of LVMPD witness officers Connell, Luoto, Velasco, Oniate, Johnson, Perez, and Borggard.

16. In April and May 2021, plaintiffs took the depositions of LVMPD defendant officers Locher, Ferguson, Squeo and Fryman.

17. On April 7, 2021, Defendant Squeo provided his first supplemental disclosure.

18. On April 14, 2021, Defendant Squeo served written discovery on Plaintiffs.

19. On April 19, 2021, Defendant Squeo provided his second supplemental disclosure.

20. On April 28, 2021, Defendant Squeo responded to Plaintiffs' written discovery.

21. On April 29, 2021, the LVMPD Defendants served their third supplemental disclosure.

22. On May 6, 2021, the LVMPD Defendants served their fourth supplemental disclosure.

23. On May 18 and 19, 2021, Plaintiffs responded to Defendant Squeo's written discovery.

MAC:14687-283 4569333_1 12/20/2021 8:08 AM

24. On May 26, 2021, the LVMPD Defendants served their fifth supplemental disclosure.

25. In June and July, 2021, Defendants took the depositions of all named plaintiffs.

26. On June 2, 2021, Plaintiffs responded to LVMPD Defendants' written discovery.

27. On June 28, 2021, the LVMPD Defendants served their sixth supplemental disclosure.

28. On June 29, 2021, Plaintiffs responded to Defendant Squeo's written discovery.

29. On July 12, 2021, Defendant Squeo provided his third supplemental disclosure.

30. On July 14, 2021, Defendant Squeo served written discovery on Plaintiffs.

31. On August 10, 2021, the LVMPD Defendants served their seventh supplemental disclosure.

32. On August 11, 2021, Plaintiffs responded to Defendant Squeo' written discovery.

33. On August 12, 2021, Plaintiffs served written discovery on Defendant LVMPD.

34. On August 12, 2021, Plaintiffs responded to Defendant Squeo's written discovery.

35. On August 16, 2021, LVMPD responded to Plaintiffs' written discovery.

36. On August 31, 2021, the LVMPD Defendants and Defendant Squeo served their joint expert disclosure.

37. On August 31, 2021, the Plaintiffs served their expert disclosure.

38. On November 5, 2021, the Plaintiffs served their First Supplemental Disclosure.

39. On November 10, 2021, the LVMPD Defendants served their Eighth Supplemental Disclosure.

40. On November 15, 2021, the LVMPD Defendants served their Ninth Supplemental Disclosure.

41. On November 24, 2021, Defendant Squeo served his Fourth Supplemental Disclosure.

42. On December 13, 2021, Defendant Squeo served his Fifth Supplemental Disclosure.

43. On December 15, 2021, the Plaintiffs served their Rebuttal Expert Disclosure.

44. On December 14, 2021, the LVMPD Defendants and Defendant Squeo served their Joint Rebuttal Expert Disclosure.

45. The week of December 13, 2021, Defendant Squeo took the depositions of four (4) LVMPD officers who witnessed portions of the events.

46. On December 16, 2021, the LVMPD Defendants responded to Plaintiff Llera's Second Set of Requests for Production of Documents.

47. All parties have retained expert witnesses in this matter.

48. All parties have served numerous subpoenas on various third parties.

### III.  WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED

This case involves the June 1, 2020, fatal officer involved shooting of Jorge A. Gomez, Jr. The parties have actively litigated his case for the past year. The parties disclosed initial experts and rebuttal expert reports were submitted on December 14, 2021. Plaintiffs recently disclosed two percipient witnesses not previously known to Defendants.

The parties have learned that scheduling expert depositions will be difficult prior to the current deadline due to the holidays. In addition, the Defendants just recently learned that it needs to depose two percipient witnesses.

### IV.  REMAINING DISCOVERY

1. Plaintiffs need to take the depositions of the Defendants' police practices expert, medical experts and rebuttal experts.

2. Defendants need to take the depositions of the Plaintiffs' police practices expert, medical expert, and rebuttal experts.

MAC:14687-283 4569333_1 12/20/2021 8:08 AM

     3.     Defendants need to depose two percipient witnesses recently disclosed by Plaintiffs.

This section does not limit the parties' ability to conduct other discovery.

## V. EXTENSION OR MODIFICATION OF THE DISCOVERY PLAN AND SCHEDULING ORDER

LR 26-4 governs modifications of extensions of the Discovery Plan and Scheduling Order. Any stipulation or motion must be made no later than twenty-one (21) days before the expiration of the subject deadline, and comply fully with LR 26-4. The parties are submitting this request twenty-one (21) days before the expert deadline disclosure. Therefore, the parties respectfully request that the modification of a scheduling order be granted. The following is a list of the current discovery deadlines and the parties' proposed extended deadlines.

| Scheduled Event | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Rebuttal Expert Disclosures Pursuant to FRCP 26(a)(2) | December 14, 2021 | Passed |
| Dispositive Motion | February 15, 2022 | April 15, 2022 |
| Discovery Cut-Off | January 18, 2022 | March 18, 2022 |
| Joint Pre-Trial Order | March 18, 2022 | May 18, 2022 (if dispositive motions are filed the deadline for filing the joint pre-trial order will be suspended until 30 days after a decision on the dispositive motions or further court order) |

This request for extensions of time is not sought for any improper purpose or for purposes of delay. Due to firm trial settings and the availability of expert witnesses, it has proven difficult to complete the remaining discovery in the current time period.

/ / /

/ / /

/ / /

MAC:14687-283 4569333_1 12/20/2021 8:08 AM

WHEREFORE, the parties respectfully request that this court extend the discovery dates as outlined in accordance with the table above.

IT IS SO STIPULATED this 20th day of December, 2021.

| MARQUIS AURBACH COFFING | LAW OFFICES OF DALE K. GALIPO |
|---|---|
| By: _s/Craig R. Anderson_<br>Craig R. Anderson, Esq.<br>Nevada Bar No. 6882<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>Attorney for LVMPD Defendants | By: _s/Eric Valenzuela_<br>Eric Valenzuela, Esq.<br>CA Bar No. 284500 (Pro Hac Vice)<br>21800 Burbank Boulevard, Suite 310<br>Woodland Hills, California 91367<br>Attorneys for Plaintiffs |

MCNUTT LAW FIRM

By: _s/Daniel R. McNutt_
   Daniel R. McNutt, Esq.
   Nevada Bar No. 7815
   625 South Eighth Street
   Las Vegas, Nevada 89101
   Attorney for Defendant Squeo

**ORDER**
**IT IS SO ORDERED**

**DATED:** 12:30 pm, December 21, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

MAC:14687-283 4569333_1 12/20/2021 8:08 AM