LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Pro Hac Vice Ca. Bar No. 144074)
dalekgalipo@yahoo.com
Eric Valenzuela (Pro Hac Vice Bar No. 284500)
evalenzuela@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Tel: (818) 347-3333 | Fax: (818) 347-4118

GONZALEZ & FLORES LAW FIRM
Rodolfo Gonzalez, Esq. (NV Bar No. 12751)
Rodolfogonzalezlaw@gmail.com
Edgar Flores, Esq. (NV Bar No. 13130)
Edgarfloreslaw@gmail.com
879 N. Eastern Ave.
Las Vegas, NV 89101
Tel: 702-778-3030 | Fax: 702-920-8657

CLAGGETT & SYKES LAW FIRM
Sean Claggett, Esq. (NV Bar No. 008407)
Sean@claggettlaw.com
Steve Lewis, Esq. (NVBar No. 7064)
Steve@claggettlaw.com
4101 Meadows Lane, Suite 100
Las Vegas, NV 89107
Tel: 702-655-2346 | Fax: 702-655-3763
*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA (LAS VEGAS)**

| | |
|---|---|
| JEANNE LLERA and JORGE L. GOMEZ, as the appointed co-special administrators of the estate of JORGE A. GOMEZ; JEANNE LLERA; and JORGE L. GOMEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; RYAN FRYMAN; DAN EMERTON; VERNON FERGUSON; ANDREW LOCHER; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.   2:20-cv-01589-RFB-BNW<br><br>[Honorable Brenda Weksler]<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY CUTOFF**<br><br>(SEVENTH REQUEST) |

1

Pursuant to LR 6-1 and LR 26-4, Plaintiffs, by and through their counsel of record, Eric Valenzuela, Esq., of Law Offices of Dale K. Galipo; Defendants LVMPD, Ofc. Fryman, Ofc. Emerton, Ofc. Ferguson and Ofc. Locher ("LVMPD Defendants"), by and through their counsel of record, Craig R. Anderson, Esq., of Marquis Aurbach; and Defendant Officer John Squeo ("Defendant Squeo"), by and through his counsel of record, Daniel R. McNutt, Esq. of McNutt Law Firm, P.C., hereby stipulate and request that this Court extend the discovery deadlines in the above-captioned matter sixty (60) days, up to and including May 18, 2022. In support of this stipulation and request, the parties state as follows:

## I. PROCEDURAL HISTORY

1. On August 29, 2020, the Plaintiffs filed their Complaint. ECF No. 1.

2. On October 1, 2020, the LVMPD Defendants filed their Answer to Plaintiffs' Complaint. ECF No. 11.

3. On November 20, 2020, this Court entered the Discovery Plan and Scheduling Order. ECF No. 14.

4. On February 17, 2021, Plaintiffs filed their First Amended Complaint in this matter. ECF No. 21. The First Amended Complaint named a new defendant – John Squeo.

5. On March 3, 2021, Defendants LVMPD, Fryman, Emerton, Ferguson and Locher filed their Answer to Plaintiffs' First Amended Complaint. ECF No. 25.

6. On March 17, 2021, new Defendant John Squeo filed his Answer to Plaintiffs' First Amended Complaint. ECF No. 29. Defendant Squeo is represented by new counsel and this Answer marked his first appearance in this litigation.

## II. DISCOVERY COMPLETED TO DATE

1. The original parties participated in the FRCP 26 conference on November 13, 2020. Defendant Squeo did not participate as he was not named a defendant.

2. The parties agreed to stipulate to extend the time to serve Rule 26 disclosures until after LVMPD had completed its internal criminal investigation into the subject event and released its internal documents to defense counsel.

3. On November 20, 2020, the Court entered the Discovery Plan and Scheduling Order. ECF No. 14.

4. On January 5, 2021, the Plaintiffs served their Initial Disclosures of Witnesses and Documents pursuant to FRCP 26.

5. On January 5, 2021, the LVMPD Defendants served their Initial Disclosures of Witnesses and Documents pursuant to FRCP 26.

6. On January 5, 2021, the LVMPD Defendants served written discovery on all named Plaintiffs.

7. On January 6, 2021, the Plaintiffs served requests for production of documents on Defendant LVMPD.

8. On February 1, 2021, the LVMPD Defendants served their first supplemental disclosure.

3

9. On March 5, 2021, Plaintiffs served their responses to the LVMPD Defendants' discovery requests.

10. On March 15, 2021, LVMPD served their individual responses to Plaintiffs' written discovery.

11. On March 15, 2021 LVMPD served their second supplemental disclosure.

12. On March 17, 2021, John Squeo served a demand for all prior discovery exchanged.

13. On March 29, 2021, Plaintiffs served requests for production of documents on Defendant Squeo.

14. On March 30, 2021, Defendant Squeo provided his initial disclosures.

15. In April 2021, plaintiffs took the depositions of LVMPD witness officers Connell, Luoto, Velasco, Oniate, Johnson, Perez, and Borggard.

16. In April and May 2021, plaintiffs took the depositions of LVMPD defendant officers Locher, Ferguson, Squeo and Fryman.

17. On April 7, 2021, Defendant Squeo provided his first supplemental disclosure.

18. On April 14, 2021, Defendant Squeo served written discovery on Plaintiffs.

19. On April 19, 2021, Defendant Squeo provided his second supplemental disclosure.

20. On April 28, 2021, Defendant Squeo responded to Plaintiffs' written discovery.

21. On April 29, 2021, the LVMPD Defendants served their third supplemental disclosure.

22. On May 6, 2021, the LVMPD Defendants served their fourth supplemental disclosure.

23. On May 18 and 19, 2021, Plaintiffs responded to Defendant Squeo's written discovery.

24. On May 26, 2021, the LVMPD Defendants served their fifth supplemental disclosure.

25. In June and July, 2021, Defendants took the depositions of all named plaintiffs.

26. On June 2, 2021, Plaintiffs responded to LVMPD Defendants' written discovery.

27. On June 28, 2021, the LVMPD Defendants served their sixth supplemental disclosure.

28. On June 29, 2021, Plaintiffs responded to Defendant Squeo's written discovery.

29. On July 12, 2021, Defendant Squeo provided his third supplemental disclosure.

30. On July 14, 2021, Defendant Squeo served written discovery on Plaintiffs.

31. On August 10, 2021, the LVMPD Defendants served their seventh supplemental disclosure.

32. On August 11, 2021, Plaintiffs responded to Defendant Squeo' written discovery.

33. On August 12, 2021, Plaintiffs served written discovery on Defendant LVMPD.

34. On August 12, 2021, Plaintiffs responded to Defendant Squeo's written discovery.

35. On August 16, 2021, LVMPD responded to Plaintiffs' written discovery.

36. On August 31, 2021, the LVMPD Defendants and Defendant Squeo served their joint expert disclosure.

37. On August 31, 2021, the Plaintiffs served their expert disclosure.

38. On November 5, 2021, the Plaintiffs served their First Supplemental Disclosure.

39. On November 10, 2021, the LVMPD Defendants served their Eighth Supplemental Disclosure.

40. On November 15, 2021, the LVMPD Defendants served their Ninth Supplemental Disclosure.

41. On November 24, 2021, Defendant Squeo served his Fourth Supplemental Disclosure.

42. On December 13, 2021, Defendant Squeo served his Fifth Supplemental Disclosure.

43. On December 15, 2021, the Plaintiffs served their Rebuttal Expert Disclosure.

44. On December 14, 2021, the LVMPD Defendants and Defendant Squeo served their Joint Rebuttal Expert Disclosure.

45. The week of December 13, 2021, Defendant Squeo took the depositions of four (4) LVMPD officers who witnessed portions of the events.

46. On December 16, 2021, the LVMPD Defendants responded to Plaintiff Llera's Second Set of Requests for Production of Documents.

47. On February 10, 2022, the Plaintiffs served their Supplement Disclosures which disclosed three additional witnesses, as well as their responses to discovery propounded by counsel for Defendant Squeo consisting of three sets of interrogatories and one set of requests for production.

48. All parties have retained expert witnesses in this matter.

49. All parties have served numerous subpoenas on various third parties.

### III. WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED

This case involves the June 1, 2020, fatal officer involved shooting of Jorge A. Gomez, Jr. The parties have actively litigated his case for the past year. The parties disclosed initial experts and rebuttal expert reports were submitted on December 14, 2021.

The parties recently agreed to dates to depose both sides of retained experts, however Plaintiffs counsel are scheduled in two back-to-back trials, the first trial, in

which counsel for Defendants, Craig Anderson will also be participating in, is a trial in the 8th Judicial District of Nevada in a case entitled *Brenes v. LMVPD*, case no A-17-752742-C, set to commence on February 28, 2022. Additionally, counsel for Plaintiffs have just been advised that their case entitled *Flores, et al., v. City of Los Angeles, et al.,* case number 2:18-cv-08740-CJC-AS, in the United States District Court, Central District of California, has been set to commence trial on March 8, 2022.

## IV. REMAINING DISCOVERY

1. Plaintiffs need to take the depositions of the Defendants' police practices expert, medical experts and rebuttal experts.

2. Defendants need to take the depositions of the Plaintiffs' police practices expert, medical expert, and rebuttal experts.

This section does not limit the parties' ability to conduct other discovery.

## V. EXTENSION OR MODIFICATION OF THE DISCOVERY PLAN AND SCHEDULING ORDER

LR 26-4 governs modifications of extensions of the Discovery Plan and Scheduling Order. Any stipulation or motion must be made no later than twenty-one (21) days before the expiration of the subject deadline, and comply fully with LR 26-4. The parties are submitting this request twenty-one (21) days before the expert deadline disclosure. Therefore, the parties respectfully request that the modification of

a scheduling order be granted. The following is a list of the current discovery deadlines and the parties' proposed extended deadlines.

| Scheduled Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery Cut-off | March 18, 2022 | May 18, 2022 |
| Dispositive Motions | April 14, 2022 | June 15, 2022 |
| Pre-Trial Order | May 18, 2022 | July 18, 2022 |

This request for extension of time is not sought for any improper purpose or for purposes of delay. Due to firm trial settings and the availability of expert witnesses, it has proven difficult to complete the remaining discovery in the current time period.

WHEREFORE, the parties respectfully request that this court extend the discovery dates as outlined in accordance with the table above.

IT IS SO STIPULATED this 11th day of February, 2022.

MARQUIS AURBACH COFFING

By: __s/ Craig R. Anderson__
    Craig R. Anderson, Esq.
    Nevada Bar No. 6882
    10001 Park Run Drive
    Las Vegas, Nevada 89145
    Attorneys for Defendants

By: __s/ Matthew C. Wolf__
    Matthew C. Wolf, Esq, Esq.
    Nevada Bar No. 10801
    625 S. 8th St.
    Las Vegas, NV  89101
    Attorneys for Defendant

LAW OFFICES OF DALE K. GALIPO

By: __s/ Eric Valenzuela__
    Eric Valenzuela, Esq.
    CA Bar No. 284500 (Pro Hac Vice)
    21800 Burbank Blvd., Suite 310
    Woodland Hills, CA 91367
    Attorneys for Plaintiffs

**ORDER**

**IT IS SO ORDERED**

**DATED:** 12:22 pm, February 14, 2022

*[signature]*

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

# CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367.

I hereby certify that on February 11, 2022, a true and correct copy of the following document **STIPULATION AND ORDER TO EXTEND DISCOVERY CUTOFF** was served via CM/ECF upon:

Craig R. Anderson, Esq.
Marquis Aurbach Coning
10001 Park Run Drive
Las Vegas, Nevada 89145
Email: canderson@maclaw.com
Attorneys for Defendants LVMPD, Ofc. Fryman, Ofc. Emerton, Ofc. Ferguson and Ofc. Locher,

MCNUTT LAW FIRM, P.C.
Daniel R. McNutt, Esq.
Matthew C. Wolf, Esq.
625 South Eighth Street
Las Vegas, Nevada 89101
Tel.: (702) 384-1170 / Fax.: (702) 384-5529
drm@mcnuttlawfirm.com
mcw@mcnuttlawfirm.com
Counsel for Defendant John Squeo

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

By: _____/s/  Karen Slyapich_____
An Employee of Law Offices of Dale K. Galipo