LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Pro Hac Vice Ca. Bar No. 144074)
dalekgalipo@yahoo.com
Eric Valenzuela (Pro Hac Vice Bar No. 284500)
evalenzuela@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California  91367
Tel: (818) 347-3333 | Fax: (818) 347-4118

GONZALEZ & FLORES LAW FIRM
Rodolfo Gonzalez, Esq. (NV Bar No. 12751)
Rodolfogonzalezlaw@gmail.com
Edgar Flores, Esq. (NV Bar No. 13130)
Edgarfloreslaw@gmail.com
879 N. Eastern Ave.
Las Vegas, NV 89101
Tel: 702-778-3030 | Fax: 702-920-8657

CLAGGETT & SYKES LAW FIRM
Sean Claggett, Esq. (NV Bar No. 008407)
Sean@claggettlaw.com
Steve Lewis, Esq. (NVBar No. 7064)
Steve@claggettlaw.com
4101 Meadows Lane, Suite 100
Las Vegas, NV 89107
Tel: 702-655-2346 | Fax: 702-655-3763
*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA (LAS VEGAS)**

| | |
|---|---|
| JEANNE LLERA and JORGE L. GOMEZ, as the appointed co-special administrators of the estate of JORGE A. GOMEZ; JEANNE LLERA; and JORGE L. GOMEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; RYAN FRYMAN; DAN EMERTON; VERNON FERGUSON; ANDREW LOCHER; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:20-cv-01589-RFB-BNW<br><br>**STIPULATION AND ORDER TO MODIFY THE BRIEFING SCHEDULE REGARDING DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT AND MOTION FOR SANCTIONS** |

IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiffs and Defendants, through their respective attorneys of record, that the briefing schedule regarding Defendants' Motions for Summary Judgement and Motion for Sanctions (Doc. #s 68, 70 and 77) be modified to extend the deadlines for oppositions and replies.

All other dates set by the Court would remain in effect.  Good cause exists to extend the deadlines for Plaintiffs' oppositions based on the voluminous evidentiary record for the motions.  The exhibits for the three motions collectively exceed 3,000 pages.  Good cause likewise exists to extend the deadlines for Defendants' replies based on the anticipated size of the evidentiary record for the oppositions.

WHEREAS, the parties agree that an extension would not be prejudicial to either side.  Such request, if granted, would result in the following schedule:

1. The deadline for the Opposition to LVMPD's Motion for Summary Judgment (Dkt. 68) shall be extended from July 6, 2022, to July 27, 2022.  The deadline for the Reply shall be extended from July 20, 2022, to August 24, 2022.

2. The deadline for the Opposition to Defendant John Squeo's Motion for Summary Judgment (Dkt. 70) shall be extended from July 6, 2022, to July 27, 2022.  The deadline for the Reply shall be extended from July 20, 2022, to August 24, 2022.

3. The deadline for the Opposition to Defendant John Squeo's Motion for Sanctions (Dkt. 77) shall be extended from June 29, 2022, to July 27, 2022.  The deadline for the Reply shall be extended from July 6, 2022, to August 24, 2022.

///
///
///
///
///

1  All other pre-trial dates would remain in effect.

2

3       Respectfully submitted,

4

5  DATED: 06/16/2022

6

7  **LAW OFFICES OF DALE K. GALIPO**

8
      _____s/ Eric Valenzuela_____
9  Dale Galipo, Esq.
   Eric Valenzuela, Esq.
10 21800 Burbank Boulevard, Suite 310
   Woodland Hills, California 91367
11 dalekgalipo@yahoo.com
   evalenzuela@yahoo.com
12 *Counsel for Plaintiffs*

13

14
   **MARQUIS AURBACH COFFING**
15

16
       _____s/ Craig R. Anderson_____
17 Craig R. Anderson, Esq.
   10001 Park Run Drive
18 Las Vegas, Nevada 89145
   canderson@maclaw.com
19 *Counsel for LVMPD Defendants*

20 **MCNUTT LAW FIRM. P.C.**

21

22     _____s/ Daniel R. McNutt_____
   Daniel R. McNutt, Esq.
23 Matthew C. Wolf, Esq.
   11441 Allerton Park Drive, Suite #100
24 Las Vegas, Nevada 89135
   drm@mcnuttlawfirm.com
25 mcw@mcnuttlawfirm.com

26 *Counsel for Defendant Squeo*

27

28

3

|||
|---|---|
| | Case No. 2:20-cv-01589-RFB-BNW |
| | STIPULATION AND ORDER TO MODIFY THE BRIEFING SCHEDULE REGARDING DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT AND MOTION FOR SANCTIONS |

ORDER

IT IS SO ORDERED

DATED this 20th day of June, 2022.

_____
RICHARD E. BOULWARE, II
United States District Court

4