MCNUTT LAW FIRM, P.C.
Daniel R. McNutt, Esq., Bar No. 7815
Matthew C. Wolf, Esq., Bar No. 10801
11441 Allerton Park Drive, Suite 100
Las Vegas, Nevada 89135
Tel.: (702) 384-1170 / Fax.: (702) 384-5529
drm@mcnuttlawfirm.com
mcw@mcnuttlawfirm.com
*Counsel for Defendant John Squeo*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JEANNE LLERA, and JORGE L. GOMEZ, as the appointed co-special administrators of the estate of JORGE A. GOMEZ; JEANNE LLERA; and JORGE L. GOMEZ,<br><br>    Plaintiffs,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; RYAN FRYMAN; DAN EMERTON; VERNON FERGUSON; ANDREW LOCHER; JOHN SQUEO; and DOES 2-10, inclusive,<br><br>    Defendants. | Case No.: 2:20-cv-01589-RFB-BNW<br><br>**Stipulation and Order to Extend Trial Deadlines**<br><br>**(First Request)** |

On October 2, 2023, this Court set the deadline for the Joint Pretrial Order as October 23, 2023. (Dkt. 120.) Through their undersigned counsel, the parties hereby stipulate and agree to extend that deadline and establish a schedule for pretrial disclosures as follows:

///

///

1. November 17, 2023: Deadline for pretrial disclosures.

2. December 1, 2023: Deadline for objections to pretrial disclosures.

3. December 8, 2023: Deadline to submit the joint pretrial order.

IT IS SO STIPULATED.

DATED this October 10, 2023.

MCNUTT LAW FIRM. P.C.

*/s/ Matt Wolf*
Dan McNutt, Esq.
Matthew C. Wolf, Esq.
11441 Allerton Park Drive, Suite 100
Las Vegas, Nevada 89135
drm@mcnuttlawfirm.com
mcw@mcnuttlawfirm.com
*Counsel for Defendant Squeo*

DATED this October 10, 2023.

LAW OFFICES OF DALE K. GALIPO

*/s/ Eric Valenzuela*
Dale Galipo, Esq.
Eric Valenzuela, Esq.
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
dalekgalipo@yahoo.com
evalenzuela@yahoo.com
*Counsel for Plaintiff*

DATED this October 10, 2023.

MARQUIS AURBACH COFFING

*/s/ Craig Anderson*
Craig R. Anderson, Esq.
10001 Park Run Drive
Las Vegas, Nevada 89145
canderson@maclaw.com
*Counsel for LVMPD Defendants*

IT IS SO ORDERED.

DATED: 10/11/2023