**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA (LAS VEGAS)**

| | |
|---|---|
| JEANNE LLERA, et al., | Case No. 2:20-cv-01589-RFB-BNW |
| Plaintiffs, | **ORDER GRANTING IN PART the [179] STIPULATION TO CONTINUE TRIAL and [180] DAUBERT HEARING** |
| vs. | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al., | |
| Defendants. | |

**TO ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:**

The parties having stipulated and good cause having been shown, IT IS HEREBY ORDERED that the Joint Stipulation to Continue the Trial is hereby GRANTED in PART.

/
/
/

ORDER FOR CONTINUANCE OF TRIAL

The trial currently set for October 15, 2024 is VACATED and RESET to **October 20, 2025 at 8:30 AM**, in LV Courtroom 7C before Judge Richard F. Boulware II.

The <u>Daubert Hearing is reset to</u> **April 1, 2025 at 9:15 a.m**.

Counsel is advised all currently filed proposed voir dire and proposed jury instructions are Denied as Moot. Parties shall refile *Amended* versions of the following: proposed voir dire, proposed jury instructions, trial briefs and proposed findings of fact and conclusions of law, statements of the case, witness lists, exhibit lists on or before **September 1, 2025**. The proposed jury instructions and voir dire must also be emailed to the courtroom administrator, in a workable format.

Exhibits must be individually MARKED and are due on **September 20, 2025**, in accordance with the JERS (Jury Evidence Recording System) Instructions. These instructions may be requested from the courtroom administrator at darci_reichsmith@nvd.uscourts.gov. Exhibits not included in the submissions to the Court may not be permitted to be used during the trial, without express permission from the Court, prior to their introduction.

IT IS SO ORDERED:

_____
HON. RICHARD F. BOULWARE
UNITED STATES DISTRICT JUDGE

DATED: September 6, 2024