LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Pro Hac Vice Ca. Bar No. 144074)
Eric Valenzuela (Pro Hac Vice Bar No. 284500)
21800 Burbank Boulevard, Suite 310
Woodland Hills, California  91367
Tel: (818) 347-3333 | Fax: (818) 347-4118
Email: dalekgalipo@yahoo.com, evalenzuela@galipolaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA (LAS VEGAS)

| | |
|---|---|
| JEANNE LLERA, et al.,<br><br>    Plaintiffs,<br><br>        vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>    Defendants. | Case No.:  2:20-cv-01589-RFB-BNW<br><br>**[PROPOSED] JOINT STATEMENTS OF THE CASE** |

**TO THIS HONORABLE COURT, PLEASE TAKE NOTICE THAT** the parties each hereby submit their [Proposed] Joint Statement of the Case to be read to the jury panel in this matter.

Respectfully submitted,

Dated: September 2, 2025          LAW OFFICES OF DALE K. GALIPO

                                  By   *s/ Eric Valenzuela*
                                     Dale K. Galipo
                                     Eric Valenzuela
                                     Attorneys for Plaintiffs

**[PROPOSED] JOINT STATEMENT OF THE CASE**

This case involves an officer-involved shooting that occurred near the area of the Lloyd D. George Federal Courthouse in Downtown Las Vegas on June 1, 2020. The involved officers used both non-deadly and deadly force during the incident. The Plaintiffs are Jeanne Llera and Jorge L. Gomez, who are the parents of the decedent, Jorge A. Gomez. The defendants are John Squeo, Ryan Fryman, Dan Emerton, Vernon Ferguson, Andrew Locher and the Las Vegas Metropolitan Police Department.

Plaintiffs contend that the use of non-deadly force by John Squeo and the use of deadly force by Ryan Fryman, Dan Emerton, Vernon Ferguson, Andrew Locher was excessive and unreasonable under the circumstances. Plaintiffs also contend that John Squeo violated the Decedent's rights to protest under the First Amendment. Plaintiffs are seeking monetary damages against the Defendants. The Defendants deny Plaintiffs' claims and contend that the use of non-deadly force by John Squeo and the use of deadly force by Ryan Fryman, Dan Emerton, Vernon Ferguson and Andrew Locher was reasonable under the circumstances and that John Squeo did not violate Decedent's First Amendment rights to protest.

**Certificate of Service**

I hereby certify that on September 2, 2025, I electronically filed and served the foregoing [PROPOSED] JOINT STATEMETN OF THE CASE with the Clerk of the Court for the United States District Court for the District of Nevada using the CM/ECF system.

By /s/ *Leslie De Leon*
Leslie De Leon