### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JEANNE LLERA and JORGE GOMEZ, | Case No. 2:20-cv-01589-RFB-DJA |
| Plaintifs, | MINUTES OF THE COURT |
| v. | DATED: <u>November 3, 2025</u> |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT et al., | |
| Defendant and Counter Claimant. | |

THE HONORABLE **RICHARD F. BOULWARE, II.**  UNITED STATES DISTRICT JUDGE

DEPUTY CLERK   <u>C Torres and D Smith</u>        COURT REPORTER   <u>P. Ganci</u>

COUNSEL FOR PLAINTIFF   <u>Dale Galipo, joined by Jeanne Llera and Jorge Gomez, Plaintiffs.</u>

COUNSEL FOR DEFENDANTS   <u>Craig Anderson and Andrew Yates, for Metro Defendants, Vernon Ferguson, Daniel Emerton, Ryan Fryman & Andrew Lochar with and Brian Clark, I.T. and Matthew Wolf for John Squeo,</u>

MINUTES OF PROCEEDINGS: **JURY TRIAL –Day 10**

8:35 a.m. Jurors return and deliberations continue.

9:00 a.m. A written note from the Jury was received (marked Court 17).

9:34 a.m.  Court in session.  Above participants in attendance, (Ryan Fryman absent and their absence is excused). Counsel was called to return to the courtroom to discuss Juror note 17; all parties agree to the Court's response to the juror note.

9:36 a.m. Court in recess

11:05 a.m. A written question from the Jury was received (marked Court 18).

11:21 a.m. Court in session. Counsel was called to return to the courtroom to discuss Juror note 18; argument heard, and Court issued a ruling. Jury returned to the courtroom for the Courts response. Jury excused to resume deliberations.

11:43 a.m. Court in recess

12:38 p.m. A written question from the Jury was received (marked Court 19).

1:57 p.m. A written question from the Jury was received indicating they have reached a verdict. (marked Court 20).

2:10 p.m. Court in Session; The Court received the Jury Verdict, but notes it was not entirely complete. The Jurors were given instructions and released to continue their Deliberations.

2:29 p.m. Court in session; jury members return to render their Verdict, which is pronounced by the Court:

Claim 1 Found in favor of the Plaintiff, the Estate of Jorge Antonio and awards 1.5 million dollars in compensatory damage
Claim 2 Found in favor of Defendant Squeo
Claim 3 Found in favor of Defendant Squeo
Claim 4 Found in favor of Plaintiff, the Estate of Jorge Antonio and against Defendant Fryman
      Found in favor of Defendant Emerton
      Found in favor of Defendant Ferguson
      Found in favor Defendant Lochar
Compensatory damages awarded to the Plaintiff, the Estate of Jorge Antonio of 2.5 million dollars.
Claim 5 Found in favor of Plaintiff against Defendant Fryman
      Found in favor of Defendant Emerton
      Found in favor of Defendant Ferguson
      Found in favor of Defendant Lochar
Compensatory damages awarded to Llera in the amount of 1.25 million, and 1.25 million for Gomez

No punitive damages awarded.

2:34 p.m. Court is adjourned.

**Llera, et al., v LVMPD, et al    2:20-cv-01589-RFB-DJA**
**Jury Trial**

**DEBRA K. KEMPI, CLERK**
**U.S. DISTRICT COURT**

**BY**: *D. Smith & C.  Torres*
D Smith and C Torres
Deputy Clerk