FILED / RECEIVED
ENTERED / SERVED ON

Nov. 3, 2025

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JEANNE LLERA, *et al.*, | Case No. 2:20-cv-01589-RFB-DJA |
| Plaintiffs, | **Verdict Form** |
| v. | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.*, | |
| Defendants. | |

We the jury in the above-captioned case, upon our oaths, hereby find as follows:

# CLAIM ONE

## First Amendment – Retaliation Claim Against Defendant Squeo

**Question 1:**

With respect to Plaintiffs' claim that Defendant Squeo violated Jorge Antonio's First Amendment rights, we the jury find:

_____X_____          _____

For the Estate of Jorge Antonio (Plaintiffs)          For Defendant Squeo

**Question 2:**

If you find in favor of Defendant Squeo, you should not answer this question.

If you find for Plaintiffs on this claim, you must determine whether to award damages. You must follow the jury instructions to determine how and whether to award damages.

1. Compensatory Damages: $ 1.5 million

2. Punitive Damages: $ 0

# CLAIM TWO

## Fourth Amendment – Excessive Force Against Defendant Squeo

**Question 1:**

With respect to Plaintiffs' claim that Defendant Squeo violated Jorge Antonio's Fourth Amendment rights by using excessive force, we the jury find:

_____           ✗ _____

For the Estate of Jorge Antonio (Plaintiffs)          For Defendant Squeo

**Question 2:**

If you find in favor of Defendant Squeo, you should not answer this question.

If you find for Plaintiffs on this claim, you must determine whether to award damages. You must follow the jury instructions to determine how and whether to award damages.

1. Compensatory Damages: $_____

2. Punitive Damages: $\_\_\_\_0_____

# CLAIM THREE

## Nevada Law – Battery Against Defendant Squeo

**Question 1:**

With respect to Plaintiffs' claim that Defendant Squeo committed battery against Jorge Antonio, we the jury find:

_____                    ____✗_____

For Plaintiffs Llera and Gomez                                   For Defendant Squeo

**Question 2:**

If you find in favor of Defendant Squeo, you should not answer this question.

If you find for Plaintiffs on this claim, you must determine whether to award damages. You must follow the jury instructions to determine how and whether to award damages.

1. Compensatory Damages (Plaintiff Llera): $_____

2. Compensatory Damages (Plaintiff Gomez): $_____

# CLAIM FOUR

## Fourth Amendment – Excessive Force Against Defendants Fryman, Emerton, Ferguson, and Locher

**Question 1a. – Defendant Fryman**

With respect to Plaintiffs' claim that Defendant Fryman violated Jorge Antonio's Fourth Amendment rights by using excessive force against Jorge Antonio, we the jury find:

_____X_____                                      _____

For the Estate of Jorge Antonio (Plaintiffs)        For Defendant Fryman

**Question 1b. – Defendant Emerton**

With respect to Plaintiffs' claim that Defendant Emerton violated Jorge Antonio's Fourth Amendment rights by using excessive force against Jorge Antonio, we the jury find:

_____                                      _____X_____

For the Estate of Jorge Antonio (Plaintiffs)        For Defendant Emerton

**Question 1c. – Defendant Ferguson**

With respect to Plaintiffs' claim that Defendant Ferguson violated Jorge Antonio's Fourth Amendment rights by using excessive force against Jorge Antonio, we the jury find:

_____                                      _____X_____

For the Estate of Jorge Antonio (Plaintiffs)        For Defendant Ferguson

**Question 1d. – Defendant Locher**

With respect to Plaintiffs' claim that Defendant Locher violated Jorge Antonio's Fourth Amendment rights by using excessive force against Jorge Antonio, we the jury find:

_____     _____X_____

For the Estate of Jorge Antonio (Plaintiffs)        For Defendant Locher

**Question 2:**

If you find for <u>ALL</u> the Defendants on this claim, you do not need to answer this question.

If you found in favor of the Plaintiffs on this claim against one or more of Defendants Fryman, Emerton, Ferguson and Locher, you must determine whether to award compensatory damages. You must follow the jury instructions to determine how and whether to award these damages.

Compensatory Damages: $ 2.5 million

**Question 3:**

If you found in favor of the Plaintiffs on this claim against one or more of Defendants Fryman, Emerton, Ferguson and Locher, you must determine whether to award punitive damages against each Defendant. You must follow the jury instructions to determine how and whether to award these damages.

1. Punitive Damages (Defendant Fryman): $ 0
2. Punitive Damages (Defendant Emerton): $ 0
3. Punitive Damages (Defendant Ferguson): $ 0
4. Punitive Damages (Defendant Locher): $ 0

# CLAIM FIVE

## Nevada Law – Battery Against Defendants Fryman, Emerton, Ferguson, and Locher

### Question 1a. – Defendant Fryman

With respect to Plaintiffs' claim that Defendant Fryman committed battery under Nevada law against Jorge Antonio by using excessive force, we the jury find:

_____✗_____   _____
For Plaintiffs Llera and Gomez          For Defendant Fryman

### Question 1b. – Defendant Emerton

With respect to Plaintiffs' claim that Defendant Emerton committed battery under Nevada law against Jorge Antonio by using excessive force, we the jury find:

_____         _____✗_____
For Plaintiffs Llera and Gomez          For Defendant Emerton

### Question 1c. – Defendant Ferguson

With respect to Plaintiffs' claim that Defendant Ferguson committed battery under Nevada law against Jorge Antonio by using excessive force, we the jury find:

_____         _____✗_____
For Plaintiffs Llera and Gomez          For Defendant Ferguson

**Question 1d. – Defendant Locher**

With respect to Plaintiffs' claim that Defendant Locher committed battery under Nevada law against Jorge Antonio by using excessive force, we the jury find:

_____        _____✗_____
For Plaintiffs Llera and Gomez              For Defendant Locher

**Question 2:**

If you find for ALL the Defendants on this claim, you do not need to answer this question.

If you found in favor of the Plaintiffs on this claim against one or more of Defendants Fryman, Emerton, Ferguson and Locher, you must determine whether to award damages. You must follow the jury instructions to determine how and whether to award damages.

1. Compensatory Damages (Plaintiff Llera): $ 1.25 million
2. Compensatory Damages (Plaintiff Gomez): $ 1.25 million

DATED THIS 3 day of ~~October~~ November, 2025.

_____
JURY FOREPERSON