LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Pro Hac Vice Ca. Bar No. 144074)
Eric Valenzuela (Pro Hac Vice Bar No. 284500)
21800 Burbank Boulevard, Suite 310
Woodland Hills, California  91367
Tel: (818) 347-3333 | Fax: (818) 347-4118
Email: dalekgalipo@yahoo.com, evalenzuela@galipolaw.com

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JEANNE LLERA and JORGE L. GOMEZ, as the appointed co-special administrators of the estate of JORGE A. GOMEZ; JEANNE LLERA and JORGE L. GOMEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; RYAN FRYMAN; DAN EMERTON; VERNON FERGUSON; ANDREW LOCHER; JOHN SQUEO and DOES 2-10, inclusive,<br><br>Defendants. | Case Number:<br>2:20-cv-01589-RFB-BNW<br><br>**STIPULATION RE: ATTORNEYS FEES AND COST AND POST-TRIAL MOTIONS**<br><br>**(FIRST REQUEST)** |

Plaintiffs, by and through their counsel of record, Eric Valenzuela, Esq., of Law Offices of Dale K. Galipo; Defendants LVMPD, Ofc. Fryman, Ofc. Emerton, Ofc. Ferguson and Ofc. Locher ("LVMPD Defendants"), by and through their counsel of record, Craig R. Anderson, Esq., of Marquis Aurbach; and Defendant Officer John Squeo ("Defendant Squeo"), by and through his counsel of record, Daniel R. McNutt, Esq. of McNutt Law Firm, P.C., hereby stipulate and request that the deadline for filing Plaintiffs' Motion for Attorneys' Fees and Bill of Costs be continued from December 2, 2025, until January 6, 2026. The parties also stipulate and request that Plaintiffs will have four (4) weeks to oppose any post-trial motions filed by the Defendants and that Defendants will have (4) weeks to reply to any opposition filed by the Plaintiffs. In support of this stipulation and request, the parties state as follows:

WHEREAS, Plaintiffs' motion for attorneys' fees and bill of cost is currently due on December 2, 2025 (14 days from Nov. 18, 2025). Plaintiffs' counsel Eric Valenzuela, who is primarily responsible for drafting the motion and bill of costs, is currently opposing a Motion for Summary Judgment (Doc. 51) in a fatal police officer shooting in the case of *Rasey-Smith v. City of Los Angeles*, case no. 2:24-cv-03265. Plaintiffs' counsel Dale K. Galipo and Eric Valenzuela are also scheduled to begin trial in Connecticut in a fatal police officer shooting in the case of *Vega-Colon v. Town of Wethersfield* on December 9, 2025, case no. 3:21-cv-00175-SFR. Due to the dispositive motion that Plaintiffs' counsel is currently opposing, due to the upcoming out-of-state trial and due to the holidays, Plaintiffs' counsel needs additional time to prepare and file their motion for attorneys' fees and bill of cost, and to oppose any post-trial motions filed by the Defendants. Plaintiffs request a continuance of until January 6, 2026, to file the motion and bill of costs. The parties also stipulate and request a briefing schedule that gives Defendants four (4) weeks to oppose the motion and Plaintiffs two (2) weeks to reply to any opposition.

WHEREAS, Defendants' post-trial motions are due on or before December 16, 2025 (28 days after Nov. 18, 2025). The parties further request and stipulate that Plaintiffs be given four (4) weeks to oppose any post-trial motions and that Defendants be given four (4) weeks to reply to any opposition.

This request for extensions of time is not sought for any improper purpose or for purposes of delay. Therefore, the parties respectfully submit that the reasons set forth above constitute compelling reasons for the extension and modified briefing schedule.

THEREFORE, the parties respectfully request that this Court extend the deadline to file the motion for attorneys' fees and bill of costs, and to modify the briefing schedule for the motion for attorneys' fees, bill of costs and the post-trial motions as outlined in accordance with the table below:

| Scheduled Event | Current Deadline | Proposed Deadline | Opposition Due | Reply Due |
|---|---|---|---|---|
| Motion for Attorneys Fees and Bill of Costs | December 2, 2025 | January 6, 2026 | 4 weeks from date of filing | 2 weeks from date of filing |
| Post-Trial Motions | December 16, 2025 | Same | January 16, 2026 | February 16, 2026 |

IT IS SO STIPULATED this 25th day of November, 2025.


MARQUIS AURBACH COFFING          LAW OFFICES OF DALE K. GALIPO


By: /s/ *Andrew D. Yates*               By: /s/ *Eric Valenzuela*
    Craig R. Anderson, Esq.                  Eric Valenzuela, Esq.
    Nevada Bar No. 6882                      CA Bar No. 284500 (Pro Hac Vice)
    10001 Park Run Drive                     21800 Burbank Boulevard, Suite 310
    Las Vegas, Nevada 89145                  Woodland Hills, California 91367
    Attorney for LVMPD Defendants            Attorneys for Plaintiffs


MCNUTT LAW FIRM


By: /s/ *Matthew C. Wolf*
Daniel R. McNutt, Esq.
Nevada Bar No. 7815
625 South Eighth Street
Las Vegas, Nevada 89101
Attorney for Defendant Squeo


Llera, et al. v. LVMPD, et al.

Case No. 2:20-cv-01589-RFB-BNW

**<u>ORDER</u>**

IT IS SO ORDERED this __ day of March, 2021.


_____
United States District Court Judge