**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Andrew D. Yates, Esq.
Nevada Bar No. 17016
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
ayates@maclaw.com
  Attorneys for Defendants LVMPD, Ofc. Fryman, Ofc. Emerton, Ofc. Ferguson and Ofc.
  Locher

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JEANNE LLERA and JORGE L. GOMEZ, as the appointed co-special administrators of the estate of JORGE A. GOMEZ; JEANNE LLERA and JORGE L. GOMEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; RYAN FRYMAN; DAN EMERTON; VERNON FERGUSON; ANDREW LOCHER; JOHN SQUEO and DOES 1-10, inclusive,<br><br>Defendants. | Case No.:<br>2:20-cv-01589-RFB-DJA |

**STIPULATION AND ORDER TO CONTINUE FILING DEADLINES FOR REPLIES TO POST-TRIAL MOTIONS AND MOTIONS FOR FEES AND COSTS**

**(FIRST REQUEST)**

Defendant Sergeant Ryan Fryman ("Fryman"), by and through his attorneys of record, Marquis Aurbach, Defendant John Squeo ("Squeo"), by and through his attorneys of record, McNutt Law Firm, P.C., and Plaintiffs, by and through their attorneys of record, Law Offices of Dale K. Galipo (collectively, the "Parties"), hereby submit their Stipulation to extend the deadlines to file Fryman and Squeo's replies in support of their post-trial motions by 7 days to February 23, 2026. The Parties further submit their Stipulation to extend the deadline for Plaintiffs to file their

**MARQUIS AURBACH**
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

replies in support of their Motion for Attorneys' Fees and Bill of Costs by 7 days to February 24, 2026.

The current deadline for Fryman and Squeo's replies to their post-trial motions is February 16, 2026. Craig Anderson, lead counsel for Fryman, is currently scheduled to begin trial in *DeCastro v. Las Vegas Metropolitan Police Department, et al.*, Case No. 2:23-cv-00580-APG-EJY, on Monday, February 9, 2026. The Trial is expected to last five days. Andrew Yates, counsel for Fryman, is scheduled to conduct four depositions, including two 30(b)(6) and expert depositions, in the next two weeks. Dan McNutt and Matthew Wolf, Counsel for Squeo, have an ongoing trial in *Cabo Platinum v. David Oancea*, Case No. A-24-892991-B. Mr. McNutt and Mr. Wolf are also currently scheduled to begin trial in *A&H Investments v. Angelika Srouki, et al.*, Case No. A-19-806846-B, on February 24, 2026.

The current deadline for Plaintiffs' replies to their Motion for Attorneys' Fees and Bill of Costs is February 17, 2026.

This request for extensions of time is not sought for any improper purpose or for the purposes of delay. The parties respectfully submit that the reasons set forth above constitute compelling reasons for the modest extensions requested.

Therefore, the Parties respectfully request that this Court extend 1) the deadlines to file Fryman and Squeo's replies to their post-trial motions and 2) the deadlines to file Plaintiffs' Motion for Attorneys' Fees and Bill of Costs as outlined in the table below:

| Filing | Current Reply Deadline | Proposed New Deadline |
|---|---|---|
| Squeo's Motion for Renewed Judgment as a Matter of Law or Alternatively for a New Trial and Remittitur [ECF Nos. 276, 277] | February 16, 2026 | February 23, 2026 |
| Fryman's Motion for New Trial or, in the Alternative, Motion to Alter or Amend the Judgment [ECF Nos. 280, 281] | February 16, 2026 | February 23, 2026 |

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

| | | |
|---|---|---|
| Fryman's Renewed Motion for Judgment as a Matter of Law [ECF No. 282] | February 16, 2026 | February 23, 2026 |
| Plaintiffs' Motion for Attorneys' Fees [ECF No. 285] | February 17, 2026 | February 24, 2026 |
| Plaintiffs' Bill of Costs [ECF No. 286] | February 17, 2026 | February 24, 2026 |

IT IS SO STIPULATED this 6th day of February, 2026.

MARQUIS AURBACH                          LAW OFFICES OF DALE K. GALIPO

By: _s/ Craig R. Anderson_                By: _s/ Eric Valenzuela_
   Craig R. Anderson, Esq.                 Dale K. Galipo, Esq. (Pro Hac Vice)
   Nevada Bar No. 6882                      Eric Valenzuela, Esq. (Pro Hac Vice)
   10001 Park Run Drive                     21800 Burbank Blvd., Ste. 310
   Las Vegas, Nevada 89145                  Woodland Hills, California 91367
   Attorney for LVMPD Defendants            Attorney for Plaintiffs

MCNUTT LAW FIRM, P.C.

By: _s/Matthew C. Wolf_
   Daniel R. McNutt, Esq.
   Nevada Bar No. 7815
   Matthew C. Wolf, Esq.
   Nevada Bar No. 10801
   11441 Allerton Park Drive, Ste. 100
   Las Vegas, Nevada 89135
   Attorney for Defendant Squeo

**ORDER**

**IT IS SO ORDERED.**

**DATED:** February 9, 2026.

 

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC: 14687-283 (#6245570.2)